UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF SOUTH CAROLINA

Shirley Morgan,                )
                               )
          Plaintiff,           )
                               )
     v.                        )    ORDER TO DISMISS
                               )    C/A No.: 9:04-cv-22606
Jo Ann B. Barnhart,            )
Commissioner of Social         )
Security,                      )
                               )
          Defendant.           )
_____)

This matter is before the court on motion of the plaintiff to dismiss the claim. The Commissioner, through the United States Attorney, has consented to the request for dismissal. Now, therefore, on good cause shown, compliant was filed in error.

IT IS ORDERED that the Plaintiff's motion is granted.

April 24, 2005.

George C. Kosko
United States Magistrate Judge